IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                              CRIMINAL NO. 1:17CR32-33
                                            (Judge Keeley)

**BOBBIE JO PHILLIPS,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 458), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On September 7, 2017, the defendant, Bobbie Jo Phillips ("Phillips"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Ninety-three of the Indictment. Phillips stated that she understood that the magistrate judge is not a United States district judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Phillips's statements during the plea hearing and the testimony of Mark Trump, Officer with the Morgantown Police Department, the magistrate judge found that Phillips was competent to enter a plea, that the plea was freely and voluntarily given,

USA v. PHILLIPS                                               1:17CR32-33

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 458),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

that she was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On September 7, 2017, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 458) finding a factual basis for the plea and recommended that this Court accept Phillips's plea of guilty to Count Ninety-three of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Phillips's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Ninety-three of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. PHILLIPS**                                                       **1:17CR32-33**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 458), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Phillips, and prepare a presentence report for the Court;

2. The Government and Phillips shall provide their versions of the offense to the probation officer by **September 28, 2017**;

3. The presentence report shall be disclosed to Phillips, defense counsel, and the United States on or before **November 28, 2017**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **December 12, 2017;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **December 19, 2017**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 458), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **December 19, 2017.**

The magistrate judge continued Phillips on bond pursuant to the Order Setting Conditions of Release (dkt. no. 22) entered on June 8, 2017.

The Court will conduct the sentencing hearing for the defendant on **Monday, January 8, 2018** at **9:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: September 21, 2017

>                               /s/ Irene M. Keeley
>                               IRENE M. KEELEY
>                               UNITED STATES DISTRICT JUDGE